
# COPY

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial) GARTH, LEONARD I | 2. Court or Organization THIRD CIRCUIT COURT OF APPEALS | 3. Date of Report 05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. Court of Appeals-Rm.5040 MLK,Jr.Fed.Bldg& Courthouse 50 Walnut St.,Newark,NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Ramapo College, Advisory Committee of Law and Society |
| 2. Executor of the Estate of Sonia Morrill | Appointed and Accepted Executorship Consistent with the Code of Conduct for U.S. Judges. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 A 9: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/2005 | Statutory Executor's commissions as Executor of Estate of Sonia Morrill | $ 24,780.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Guardian Life Insurance Co. | Loan against cash value | J |
| 2. | Guardian Life Insurance Co. | Loan against cash value | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Common | B | Dividend | L | T | | | | | |
| 2. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 3. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 4. Israel Bonds | A | Interest | J | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. Verizon | A | Dividend | J | T | | | | | |
| 7. Bell South Common | A | Dividend | J | T | | | | | |
| 8. Chase Bank Savings | A | Interest | J | T | | | | | |
| 9. Chase Bank Checking | A | Interest | J | T | | | | | |
| 10. Dreyfus Municipal Bond Fund | A | Interest | J | T | | | | | |
| 11. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 12. AARP Growth & Income Fund | A | Dividend | J | T | | | | | |
| 13. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 14. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 15. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 16. Wachovia (formerly First Union) | A | Interest | J | T | | | | | |
| 17. Avaya | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix | A | Dividend | J | T | | | | | |
| 19. Comcast | A | Dividend | J | T | | | | | |
| 20. Wachovia (checking) | | None | J | T | | | | | |
| 21. Lucent | A | Dividend | J | T | | | | | |
| 22. The assets numbered 24 through 59, inclusive, were and are all Estate assets of the Estate of Sonia Morrill, almost all of which have been liquidated through | | | | | | | | | |
| 23. sale, redemption or by specific bequest. All sales and redemptions, as noted, were made in the year 2006. | | | | | | | | | |
| 24. AIG Savings Bank - CD | A | Interest | K | T | Sold | 02/09 | J | A | |
| 25. Bank Hapoalim, B.M. - CD | A | Interest | L | T | Sold | 08/18 | L | A | |
| 26. Bank of America - Checking | A | Interest | J | T | Redemption | 04/28 | K | A | See VIII |
| 27. Bank of America - Savings | A | Interest | K | T | Redemption | 04/28 | K | A | |
| 28. Bank of America - Money Mkt. | A | Interest | L | T | Sold | 11/09 | K | A | |
| 29. Capital One Bank - CD | A | Interest | L | T | Sold | 12/14 | L | A | See VIII |
| 30. Euro Bank - CD | A | Interest | L | T | Sold | 09/14 | L | A | See VIII |
| 31. Evergreen - Money Mkt. | A | Interest | L | T | Redemption | 07/17 | L | A | See VIII |
| 32. Israel Discount Bank of N.Y. - CD | A | Interest | L | T | Sold | 03/30 | L | | See VIII - Loss |
| 33. Liberty U.S. Govt. - Money Mkt. | A | Interest | J | T | Sold | 06/14 | J | A | |
| 34. Mfgrs. & Traders Trust - CD | A | Interest | L | T | Sold | 11/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New South Federal Savings | A | Interest | L | T | Sold | 04/04 | L | A | |
| 36. Smith Barney | A | Interest | O | T | See VIII | | | | |
| 37. Wachovia | A | Interest | J | T | Redemption | 07/17 | L | A | See VIII |
| 38. Western Bank of Puerto Rico | A | Interest | K | T | Sold | 03/09 | K | A | |
| 39. Agere Sys., Inc. | A | Dividend | J | T | Sold | 02/09 | J | A | |
| 40. N.J. Res. | A | Dividend | K | T | Sold | 11/17 | K | B | |
| 41. PPL Corp. | A | Dividend | K | T | Sold | 05/22 | K | | Loss |
| 42. Public Service Enterprise Group | C | Dividend | M | T | Sold | 11/14 | M | | Loss |
| 43. Q West Communication Int'l | A | Dividend | J | T | Sold | 03/30 | J | A | |
| 44. S.J. Inds. Inc. | A | Dividend | K | T | Sold | 11/14 | K | B | |
| 45. Valley National Bank Corp. | D | Dividend | O | T | See VIII | 11/22 | O | E | Distributed as bequest . |
| 46. Israel Bonds | A | Interest | J | T | Sold | 05/11 | J | A | |
| 47. Evesham Twp. | A | Interest | K | T | Sold | 10/24 | K | | Loss |
| 48. Orange Twp. School Brds. | A | Dividend | K | T | Sold | 10/24 | K | | Loss |
| 49. Fed'l Nat'l Mtg. Assn. Notes | A | Interest | K | T | Sold | 03/30 | K | A | |
| 50. Bank of America - Estate Checking Account | A | Interest | J | T | | | | | See VIII |
| 51. Compass Bank, AL - CD | F | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. East-West Bank, CA - CD | F | Interest | L | T | | | | | |
| 53. Euro Bank, PR - CD | F | Interest | L | T | | | | | |
| 54. First Merit Bank, OH - CD | F | Interest | L | T | | | | | |
| 55. First Mid West Bank, IL - CD | F | Interest | L | T | | | | | |
| 56. Freemont Investment & Loan, CA - CD | F | Interest | L | T | | | | | |
| 57. Israel Discount Bank of NY - CD | F | Interest | L | T | | | | | |
| 58. Midwest Bank, OK - CD | F | Interest | L | T | | | | | |
| 59. Washington Mutual Bank, NV - CD | F | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, #22 and #23.    For ease in reviewing, I have eliminated Items 21 and 22which appeared on my 2005 Financial Disclosure Form as sold, but have retained the numbering of the Estate assets beginning with Item #24 and ending with Item #59.

Part VII, #26.    Bank of America Checking Account, in the name of Sonia Morrill, was redeemed on April 28, 2006.  I opened a Bank of America Estate checking account which is reported as Item #50 of Part VIII.  That account is still open.

Part VII, #29.    Capital One Bank - CD.  The Estate sold the Capital One Bank - CD on December 14, 2006.

Part VII, #30.    Euro Bank - CD.  The Estate sold Euro Bank - CD on September 14, 2006.  A new Euro Bank CD was purchased on November 22, 2006 and is presently held as an asset of the Estate and reported as #53.

Part VII, #31 and #37.    Evergreen - Money Mkt. was a part of Wachovia (see Item #37 infra).  It was redeemed on the same date as Wachovia (July 17, 2006) and the reporting of Evergreen, Item #31 and Wachovia, Item #37 are therefore to be treated as combined.

Part VII, #32.    Israel Discount Bank of N.Y - CD. was sold by the Estate on March 30, 2006 and a new Certificate of Deposit was purchased on November 22, 2006 and is reported as #57.

Part VII, #36.    Smith Barney.  All assets that have been liquidated have been deposited with Smith Barney and reported at Item #36.  These assets remain in the Estate for  ultimate distribution together with the various Certificate of Deposits and the Estate checking account.

Part VII, #45.    Valley National Bank.  Distributed as a specific bequest in kind to Harvard College Fund.

Part VII, #50.    Bank of America - Estate Checking Account is still open and used for expenses, fees, etc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                    Date   May 11, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544